# IN THE COURT OF APPEALS
## FOR THE SEVENTH DISTRICT OF TEXAS
### AMARILLO

07-15-00101-CV

F I L E D
MAR 17 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

LUIS S. LAGAITE JR # 762508
RELATOR

-V-

GREGORY C. BOLAND ET-AL
RESPONDENTS

-V-

WILLIAMS STEPHENS (EXECUTIVE DIRECTOR TDCJ)
RESPONDENTS

CASE NO# 07-1400219-CV
TRIAL COURT CASE NO# 97-061-C

## MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES LUIS S. LAGAITE JR. RELATOR PRO-SE IN THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS MOTION TO PROCEED IN FORMA PAUPERIS AND WOULD SHOW UNTO THE COURT THE FOLLOWING:

### I
### ANALYSIS

IT IS A COMITY FOR THIS HONORABLE COURT TO GRANT MOTION TO PROCEED IN FORMA PAUPERIS. ESPECIALY WHEN THERE IS A BREACHED OF RELATORS CONSTITUTIO NAL RIGHT OF ACCESS TO COURTS AND PUBLIC OFFICIALS AND THE DELIBERATE UN AUTHORIZED INTENTIONAL DEPRIVATION OF PRISONERS LEGAL AND PERSONAL PROPERTY. PURSUANT TO THE 1ST 4TH AND 14TH AMENDMENT OF THE U.S. CONSTITUTION., SEE: BERRY-V-TEXAS DEPT CRIMINAL JUSTICE. 864. SW 2D. 378. (APP. 12TH. DIST. 1993).

### II
### FACTS

ON NOVEMBER 13.2014 AFTER THIS HONORABLE COURT ENTERED ITS OPINION; ORDERED ADJUDGED AND DECREED THAT THE ORDERS OF THE TRIAL COURT BE REVERSED AND THE ABOVE STYLED AND CAUSE OF ACTION BE REMANDED TO THE TRIAL COURT. IN PRIVY WITH THE RESPONDENTS BENCH WARRANTED ON 1-8-15 TO POTTERS COUNTY DISTRICT COURT 108 TH FOR A HEARING TO BE HELD 1-15-15 AT 9:30 AM TO DECLARE RELATOR A VEXATIOUS LITIGANT, WHICH RELATOR WAS NOT ALLOWED TO TAKE ANY OF HIS LEGAL PROPERTY OR PERSONAL PROPERTY. JUDGE DOUG WOODBURN ENTERED THAT THE ABOVE CASE WOULD BE DISMISSED ON 3-1-15 IF HE DID NOT PAY A $5,000. FEE. MORE OVER RELATOR HAS SPENT 30 DAYS AT MIDDLETON TRANSFER UTILITY UNIT, AND NOW IS AT JOHN BYRD TRANSFER UTILITY INTAKE UNIT A TOTAL OF OVER 75 DAYS. WHICH HAS INTERRUPTED AND DELAYED RELATORS ACCESS TO THE COURTS AND PUBLIC OFFICALS HE HAS SPENT ON TRANSIENT STATUS.

### III
### PRAYER

WHEREFORE PROMISES CONSIDERED RELATOR PRAYS THAT THIS HONORABLE COURT GRANTS THE ABOVE MOTION

RESPECTFULLY SUBMITTED

# IN THE COURT OF APPEALS
# FOR THE SEVENTH DISTRICT OF TEXAS
## AMARILLO

LUIS S. LAGAITE JR. # 762508
RELATOR

V-

GREGORY C. BOLAND ET-AL
RESPONDENTS

FILED
MAR 17 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

CASE NO# 07-14OO219-CV
TRIAL COURT CASE NO# 97-061-C

-V-

WILLIAMS STEPHEN (EXECUTIVE DIRECTOR T.D.C.J)
RESPONDENT

## UNSWORN DECLARATION OF INABILITY TO PAY COSTS

TO THE HONORABLE JUSTICES OF SAID COURT:
COMES NOW LUIS S. LAGAITE Jr. RELATOR PROSE IN THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS UNSWORN DECLARATION OF INABILITY TO PAY COSTS, AND WOULD SHOW UNTO THE COURT THE FOLLOWING:

1) I AM PRESENTLY INCARCERATED IN THE JOHN BYRD INTAKE TRANSFER FACILITY UNIT AT THE TEXAS CRIMINAL JUSTICE INSTITUTIONAL DIVISION. I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

2) I HAVE NO SOURCE OF INCOME

3) I CURRENTLY HAVE $11.51 CREDITED TO ME IN THE INMATE TRUST FUND ACCOUNT

4) DURING MY INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE I HAVE RECEIVED OF PRINCIPLE OF $400.00 WITHIN (SIX) 6 MONTH PERIOD AS GIFTS AND FRIENDS

5) I NEITHER OWN NOR HAVE AN INTEREST IN ANY REALTY, STOCKS. OR BONDS OR BANKS ACCOUNTS. AND I RECEIVE NO INTEREST OR DIVIDENDS FROM ANY ONE

6) I HAVE. O= DEPENDENTS.

7) I HAVE A TOTAL DEBT OF APPROXIMATELY $11,000.00

8) I OWE -O- AS RESTITUTION

9) MY MONTHLY EXPENSES ARE APPROXIMATELY $-O-

I OFFENDER LUIS S. LAGAITE Jr. TDC NO# 762508 BEING PRESENTLY INCARCERATED IN JOHN BYRD INTAKE FACILITY UNIT AT THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION. VERIFY AND DECLARES UNDER PENALTY OF PERJURY THAT THIS FOREGOING STATEMENTS ARE TRUE AND CORRECT PURSUANT TO U.S.$1746.

EXECUTED ON THIS THE 10TH DAY OF MARCH 2015 RESPECTFULLY SUBMITTED

BY
LUIS S. LAGAITE J

```
C0INIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        03/12/15
PH03/MG00018              IN-FORMA-PAUPERIS DATA                 05:57:10
TDCJ#: 00762508 SID#: 03812454 LOCATION: BYRD       INDIGENT DTE: 08/04/08
NAME: LAGAITE,LUIS SANTOS              BEGINNING PERIOD: 08/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          11.51 TOT HOLD AMT:       50.00 3MTH TOT DEP:       0.00
6MTH DEP:              0.00 6MTH AVG BAL:       11.51 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/15      11.51            0.00         10/14      11.51            0.00
12/14      11.51            0.00         09/14      11.51            0.00
11/14      11.51            0.00         08/14      11.51            0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Walker*
ON THIS THE 12 DAY OF *March* 2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Gloria Mills
Notary Public, State of Texas
My Commission Expires
10/19/2015

Notary Without Bond



FILED
MAR 17 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN LONG, CLERK
P.O. BOX 9540
AMARILLO, TEXAS 79103-9540



MARCH 13, 2015

FILED
MAR 17 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE: ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, EAPPEAL NO# 17-1400
219-CV- TRIAL COURT CASE NO# 97-061-C. LUIS S LAGAITE Jr VS GREGORY C Bolin

DEAR CLERK.
        PLEASE FIND ENCLOSED RELATORS ORIGINAL APPLICATION FOR WRIT OF
MANDAMUS, ORDER, MOTION TO PROCEED IN FORMA PAUPERIS, UNSWORN
DECLARATION INABILITY TO PAY COSTS, A 6 MONTHS COMPUTER PRINT OUT BALANCE
CERTIFIED OF INMATE TRUST FUND, APPENDIX, RELATORS AFFIDAVIT MARKED
AS EXHIBIT A. TEXAS DEPARTMENT OF CRIMINAL JUSTICE OFFENDER INTAKE
INVENTORY MARKED AS EXHIBIT B. INMATE REQUEST TO OFFICIAL MARKED
AS EXHIBIT C.

        PLEASE FILE THE ABOVE DOCUMENTS AND APPLICATION FOR WRIT OF
MANDAMUS IN REFERENCE TO THE ENTIRE NAMED AND CAUSE OF ACTION
AND BRING TO THE ATTENTION OF THE COURT AT YOUR EARLIEST CONVENIENCE
        THANK YOU FOR YOUR COURTESY IN THIS MATTER.

SINCERELY,

LUIS S. LAGAITE Jr.
JOHN T. BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320
PROSE

Luis S. Lagarte Jr. # 762508
John T. Byrd Unit Transfer Facility
21 FM 247
Walker Co. Rendleton Unit
Huntsville, Texas 77320



NORTH HOUSTON TX 773

13 MAR 2015 PM 6 L

LEGAL

Court of Appeals
Seventh District of Texas
Honorable
Vivian Long, Clerk.
P.O. Box 9540
Amarillo, Texas 79103-9540

79108SE4040